## The State v. Allen.

### Correction of Assessment for Taxes.

(Decided July 2, 1907. 44 South. 564.)

*Taxation; Correction of Assessment; Appeal.*—In a proceeding by the state to raise the assessed value of a tax-payer's real estate, either the tax-payer or the state may appeal to the circuit court from the determination of the commissioner's court in the matter; and this under express provision of General Acts 1898-99, p. 188, and General Acts 1903, pp. 225 and 297.

APPEAL from Marengo Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

The tax commissioner instituted a proceeding in the commissioners' court in the name of the state, to raise the assessed value of the real estate of R. P. Allen. Upon hearing the cause, the commissioners' court raised the assessed value of his house and lot, but refused to raise his other property. From this order, the state appealed to the circuit court. On motion of the defendant, made

in the circuit court, an order was entered there dismissing the appeal, and from this order the state appeals. Reversed and remanded.

ALEXANDER M. GARBER, Attorney General, for appellant.—No brief come to the Reporter.

No counsel marked for appellee.

TYSON, C. J.—The tax commissioner instituted a proceeding in the commissioners' court of the county to raise the assessed value of the defendant's real estate. That court, upon a hearing of the cause raised the assessed value of his house and lot, but declined to raise the value of his other realty. From this order, the state, within 10 days after its rendition, prosecuted an appeal to the circuit court. On motion of the defendant the appeal was dismissed. We are at a loss to know upon what ground the dismissal was predicated. The statute expressly provides for an appeal, by either party, to the circuit court or court of similar jurisdiction.—Acts 1898-99, p. 188; Gen. Acts 1903, pp. 225, 297.

Reversed and remanded.

HARALSON, SIMPSON, and DENSON, JJ., concur.